

U.S. Department of Justice

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*Robert Nuse*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
robert.nuse@usdoj.gov

main: (973) 645-2700
direct:(973) 645-2880

March 11, 2026

**Via ECF**
Honorable Claire C. Cecchi, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

   **Re: *Martinez-Lopez v. Warden, et al.*, Civil No. 26- 2277 (CCC)**
    **Result of Petitioner's Bond Hearing**

Dear Judge Cecchi:

  This Office represents Respondents in the above habeas matter. We write in response to the Court's March 5, 2026 order, ECF No.2, to report that an Immigration Judge held a bond hearing for Petitioner on March 10, 2026 and denied a change in custody status upon finding that Petitioner had not carried her burden of showing that she is not a flight risk. *See* Ex. A.

  This Office further requests that Your Honor permit Respondents to reply to Petitioner's motion at ECF No. 4 no later than March 23, 2026, in accordance with the Court's motion calendar.

  We thank the Court for its consideration of this matter.

            Respectfully submitted,

            TODD BLANCHE
            U.S. Deputy Attorney General

            JORDAN FOX
            Chief of Staff & Associate Deputy
             Attorney General and Special
            Attorney

          By:   *s/Robert Nuse*
                ROBERT NUSE
                Assistant United States Attorney
                *Attorneys for Respondents*

cc:  Counsel of record (ECF)

SO ORDERED

    *s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date:  3/12/2026

# EXHIBIT A



**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**ELIZABETH IMMIGRATION COURT**

Respondent Name:

    MARTINEZ-LOPEZ, NAYDELING

To:

    Campos, Jose Constantino
    251 E. Broad St.
    Bethlehem, PA 18018

A-Number:
220-508-439
Riders:
In Custody Redetermination Proceedings

Date:
03/10/2026

☐ Unable to forward - no address provided.

☑ Attached is a copy of the **decision of the Immigration Judge.** This decision is final unless an appeal is filed with the Board of Immigration Appeals within 30 calendar days of the date of the mailing of this written decision. See the enclosed forms and instructions for properly preparing your appeal. Your notice of appeal, attached documents, and fee or fee waiver request must be mailed to:

    Board of Immigration Appeals
    Office of the Clerk
    P.O. Box 8530
    Falls Church, VA 22041

☐ Attached is a copy of the decision of the immigration judge as the result of your Failure to Appear at your scheduled deportation or removal hearing. This decision is final unless a Motion to Reopen is filed in accordance with Section 242B(c)(3) of the Immigration and Nationality Act, 8 U.S.C. § 1252B(c)(3) in deportation proceedings or section 240(b)(5)(c), 8 U.S.C. § 1229a(b)(5)(c) in removal proceedings. If you file a motion to reopen, your motion must be filed with this court:

    Immigration Court

☐ Attached is a copy of the decision of the immigration judge relating to a Reasonable Fear Review. Pursuant to 8 C.F.R. § 1208.31(g)(1), no administrative appeal is available.

☐ Attached is a copy of the decision of the immigration judge relating to a **Credible Fear Review.** This is a final order. No appeal is available.

☐ Other:

Date: 03/10/2026

Immigration Judge: MULLICAN, LEILA 03/10/2026

## Certificate of Service

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable
To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS
Respondent Name : MARTINEZ-LOPEZ, NAYDELING | A-Number : 220-508-439
Riders:
Date: 03/10/2026 By: Carmen Rivera, Court Staff



**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**ELIZABETH IMMIGRATION COURT**

Respondent Name:
    MARTINEZ-LOPEZ, NAYDELING

To:
    Campos, Jose Constantino
    251 E. Broad St.
    Bethlehem, PA 18018

A-Number:
220-508-439
Riders:
In Custody Redetermination Proceedings

Date:
03/10/2026

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☒ Denied, because
    Respondent has not shown she is not a flight risk.

☐ Granted. It is ordered that Respondent be:
    ☐ released from custody on his own recognizance.
    ☐ released from custody under bond of $
    ☐ other:

☐ Other:



Immigration Judge: MULLICAN, LEILA 03/10/2026

| Appeal: | Department of Homeland Security: | ☑ waived | ☐ reserved |
|---|---|---|---|
| | Respondent: | ☐ waived | ☑ reserved |

Appeal Due: 04/09/2026

## Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : MARTINEZ-LOPEZ, NAYDELING | A-Number : 220-508-439

Riders:

Date: 03/10/2026 By: Carmen Rivera, Court Staff